# United States District Court

_____ DISTRICT OF _____

Steve Boutin

v.

Home Depot U.S.A., Inc.

SUMMONS IN A CIVIL CASE

CASE NUMBER: 05-30162-MAP

TO: (Name and address of defendant)

The Home Depot
Store 2662 W. Springfield
179 Dagget Drive, W. Spfld, MA 01089

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

an answer to the complaint which is herewith served upon you, within **twenty (20)** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK

DATE 7/7/05

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

**Hampden County Sheriff's** • 1170 Main St. • P.O. Box 5005 • Springfield, MA 01101-5005 • (413) 732-5772

*Hampden, ss.*

October 28, 2005

I hereby certify and return that on 10/27/2005 at 02:18 pm I served a true and attested copy of the FEDERAL SUMMONS, COMPLAINT & AMENDED COMPLAINT in this action in the following manner: To wit, by delivering in hand to CHRIS SOMPPI, ASST. STORE MGR., , agent, person in charge at the time of service for THE HOME DEPOT, STORE 2662, 179 DAGGETT Drive, WEST SPRINGFIELD, MA 01089. Conveyance ($0.60), Travel ($1.28), Basic Service Fee ($30.00), Mailing ($1.00), Attestation X 1 ($5.00) Total Charges $37.88

Deputy Sheriff ERIC PODGURSKI

**Deputy Sheriff**

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
Date

Signature of Server

Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.