**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **STEVE BOUTIN,**<br><br>            **Plaintiff,**<br><br>**v.**<br><br>**HOME DEPOT U.S.A., INC.,**<br><br>            **Defendant.** | **Civil Action No.  05-30162 MAP** |

**JOINT MOTION TO EXTEND TIME FOR FILING ANSWER**

Plaintiff, Steve Boutin ("Plaintiff"), and defendant, Home Depot U.S.A., Inc. ("Defendant"), (collectively "parties"), hereby request that the deadline for Defendant to file its Answer and Affirmative Defenses be enlarged from November 16, 2005 to December 7, 2005.  As grounds for this Motion, the parties state that Defendant requires the additional time to adequately investigate the allegations contained in the Amended Complaint and prepare its Answer and Affirmative Defenses.  Plaintiff has no objection to this Motion and will not be prejudiced in any way.

WHEREFORE, the parties respectfully request that the Court enlarge the deadline for Defendant to file its Answer and Affirmative Defenses to December 7, 2005.

2

| STEVE BOUTIN, | HOME DEPOT U.S.A., INC. |
|---|---|
| By his attorney, | By their attorneys, |
| /s/ Tammy Sharif \_\_\_ | /s/ Tracy Thomas Boland |
| Michael O. Shea (BBO# 659134) | Robert P. Joy (BBO# 254820) |
| The Historical Walker Building | Joseph P. McConnell (BBO# 566412) |
| 1242 Main Street, Ste. 314 | Tracy Thomas Boland (BBO# 638878) |
| Springfield, MA 01103 | Morgan, Brown & Joy, LLP |
| 413 439-0200 | 200 State Street |
|  | Boston, MA 02109 |
|  | 617 523-6666 |

Dated: November 15, 2005