UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                    )
STEVEN BOUTIN,                      )
                                    )
            Plaintiff,              )
                                    )
v.                                  )   Civil Action No.  05-30162-MAP
                                    )
HOME DEPOT U.S.A., INC.,            )
                                    )
            Defendant.              )
_____)

**JOINT STATEMENT PURSUANT TO LOCAL RULE 16.1(D)**

Plaintiff Steven Boutin and defendant, Home Depot U.S.A., Inc., hereby submit their Joint Statement Pursuant to Local Rule 16.1(D) and the Court's Notice of Scheduling Conference dated January 13, 2006.

**I.      Discovery Schedule**

A.      All fact discovery, including written discovery and depositions of fact witnesses, to be completed by June 15, 2006.

B.      All written discovery and depositions of expert witnesses to be completed by July 14, 2006.

**II.     Motion Schedule**

All dispositive motions to be filed by August 15, 2006.

**III.    Trial by Magistrate Judge**

The parties do not consent to trial by magistrate judge.

IV.  **Certifications Signed by Counsel and Parties**

The parties will file their respective Local Rule 16.1(D)(3) certifications separately.

| | |
|---|---|
| STEVEN BOUTIN, | HOME DEPOT U.S.A., INC. |
| By his attorney, | By its attorneys, |
| /s/ Tammy Sharif | /s/ Joseph P. McConnell |
| Tammy Sharif, Esq. (BBO# 659134) | Robert P. Joy (BBO# 254820) |
| Law Firm of Tammy Sharif | Joseph P. McConnell (BBO No. 566412) |
| The Walker Building | Tracy Thomas Boland (BBO# 638878) |
| 1242 Main Street, Suite 314 | MORGAN, BROWN & JOY, LLP |
| Springfield, MA 01103 | 200 State Street |
| 413 439-0200 | Boston, Massachusetts 02109 |
| | 617 523-6666 |

Dated: February 17, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), including counsel for Plaintiff, Tammy Sharif, Law Firm of Tammy Sharif, The Walker Building, 1242 Main Street, Suite 314, Springfield, MA 01103, and paper copies will be sent to those indicated as non-registered participants on 17th day of February, 2006.

/s/ Tracy Thomas Boland
Tracy Thomas Boland