STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                           )
STEVE BOUTIN,                              )
                                           )
        Plaintiff,                         )
                                           )
v.                                         )     Civil Action No.  05-30162-MAP
                                           )
HOME DEPOT U.S.A., INC.,                   )
                                           )
        Defendant.                         )
_____)

# DEFENDANT'S
# LOCAL RULE 16.1(D)(3) CERTIFICATION

Pursuant to United States District Court for the District of Massachusetts Local Rule 16.1(D)(3), Home Depot U.S.A., Inc. (hereinafter "Defendant") and its counsel, hereby certify that they have conferred with a view to establishing a budget for the costs of conducting the full course and various alternative courses of this litigation.  In addition, Defendant and its counsel have conferred to consider the resolution of this litigation through the use of alternative dispute resolution programs.  Defendant will be prepared to respond to whether it will agree to attempt to resolve this litigation by such a program at the Joint Scheduling Conference.

Respectfully submitted,

HOME DEPOT U.S.A., INC.
2455 Paces Ferry Road, N.W.
Atlanta, GA 30339-4024


___/s/ Naomi Smith_____
Naomi Smith, Esq.
Corporate Counsel, Employee Relations


And by its attorneys,


_/s/ Tracy Thomas Boland____
Robert P. Joy (BBO# 254820)
Joseph P. McConnell (BBO# 566412)
Tracy Thomas Boland (BBO# 638878)
MORGAN, BROWN & JOY, LLP
200 State Street
Boston, Massachusetts  02109
(617) 523-6666

Dated: February 17, 2006


## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), including counsel for Plaintiff, Tammy Sharif, Law Firm of Tammy Sharif, The Walker Building, 1242 Main Street, Suite 314, Springfield, MA 01103, and paper copies will be sent to those indicated as non-registered participants on 17th day of February, 2006.

/s/ Tracy Thomas Boland
Tracy Thomas Boland

3