UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                                    )
STEVEN BOUTIN,                        )
                                                    )
        Plaintiff,                      )
                                                    )
v.                                                 )     Civil Action No.  05-30162-MAP
                                                    )
HOME DEPOT U.S.A., INC.,        )
                                                    )
        Defendant.                    )
_____)

## LOCAL RULE 16.1 CERTIFICATION OF PLAINTIFF

Pursuant to Untied States District Court Local rule 16.1(D), Steven Boutin, Plaintiff in the above-captioned action, and Tammy Sharif, counsel to Steven Boutin in this action, hereby certify and confirm that they have conferred:

a. with a review to establishing a budget for the costs of conducting the full course and various alternative courses of this litigation; and

b. to consider the resolution of this litigation through the use of alternative dispute resolution programs, such as those outlined in Local Rule 16.4.

                                                                           Respectfully submitted,

PLAINTIFF                                               COUNSEL FOR PLAINTIFF

/s/ Steven Boutin_____       /s/ Tammy Sharif_____
Steven Boutin                                          Tammy Sharif
                                                           The Historical Walker Building
                                                            1242 Main Street, Suite 314
                                                            Springfield, MA  01103
                                                            Telephone: 413.39.0200
                                                            Fax: 413.78.0801

Dated: February 24, 2005

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), including counsel for Defendant, Robert P. Joy, Joseph P. McConnell, Tracy Thomas Boland, MORGAN, BROWN & JOY, LLP, 200 State Street, Boston, Massachusetts 02109.