UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEVEN BOUTIN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>HOME DEPOT U.S.A., INC., )<br>)<br>Defendant. )<br>) | Civil Action No. 05-30162-MAP |

## LOCAL RULE 16.1 CERTIFICATION OF PLAINTIFF

Pursuant to Untied States District Court Local rule 16.1(D), Steven Boutin, Plaintiff in the above-captioned action, and Tammy Sharif, counsel to Boutin in this action, hereby certify and confirm that they have conferred:

a. with a review to establishing a budget for the costs of conducting the full course and various alternative courses of this litigation; and

b. to consider the resolution of this litigation through the use of alternative dispute resolution programs, such as those outlined in Local Rule 16.4.

Respectfully submitted,

PLAINTIFF

_____
Steven Boutin

COUNSEL FOR PLAINTIFF

_____
Tammy Sharif
The Walker Building
1242 Main Street, Suite 314
Springfield, MA  01103
Telephone: 413.39.0200
Fax: 413.78.0801

Dated: February 23, 2005