```
              UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF MASSACHUSETTS
```

STEVEN BOUTIN,               )
       Plaintiff     )
                                  )
      v.                     ) CIVIL ACTION NO. 05-30162-MAP
                                  )
HOME DEPOT U.S.A., INC.,     )
       Defendant     )

### PRETRIAL SCHEDULING ORDER

February 28, 2006

PONSOR, D.J.

    Counsel for both parties appeared before this court for a pretrial scheduling conference pursuant to Fed. R. Civ. P. 16 on February 24, 2006. Based on counsel's representations, the court orders as follows:

    1. All non-expert discovery will close on June 15, 2006. In setting this deadline, the court intends that all written discovery will be served, and all non-expert depositions will be noticed, sufficiently in advance of the closing date to insure completion before June 15.

    2. Plaintiff will convey to Defendant a report as required by Fed. R. Civ. P. 26(a)(2), regarding any expert whose opinion will be offered at trial, no later than May 15, 2006.

    3. Defendant's Rule 26(a)(2) report will be conveyed to Plaintiff by June 15, 2006.

    4. All expert depositions will be completed and all discovery will close on July 15, 2006.

    5. Any dispositive motions will be filed by August 15, 2006 and opposed by September 15, 2006.

    6. Following filing and opposition of any dispositive motions, the court will either rule on the motions on

the papers, refer them to the Magistrate Judge, or set them for argument.

It is So Ordered.

                                        /s/ Michael A. Ponsor
                                        MICHAEL A. PONSOR
                                        United States District Judge