UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEVE BOUTIN,<br><br>        Plaintiff,<br><br>v.<br><br>HOME DEPOT U.S.A., INC.,<br><br>        Defendant. | Civil Action No.  05-30162 MAP |

**JOINT MOTION TO EXTEND DEADLINES IN SCHEDULING ORDER**

      Plaintiff, Steve Boutin ("Plaintiff"), and defendant, Home Depot U.S.A., Inc. ("Defendant"), (collectively "parties"), hereby request that the deadlines in the Scheduling Order issued by this Court on February 28, 2006 be enlarged by twenty-one (21) days.   As grounds for this Motion, the parties state that they have been working to resolve this matter.  Delays caused by counsel's schedule and issues that have arisen in the course of these negations have precluded a settlement to date.  The parties are hopeful that, with the additional time, they will be able to reach a settlement.

      Specifically, the parties request that the Scheduling Order deadlines be enlarged in the following manner:

      (1)    The deadline for dispositive motions shall be changed from August 15, 2006 until September 5, 2006; and

      (2)    The deadline for any response to dispositive motions shall be changed from September 15, 2006 until October 3, 2006.

2

WHEREFORE, the parties respectfully request that the Court enlarge the remaining deadlines in the Scheduling Order in accordance with the aforementioned agreed-upon proposal.

| STEVE BOUTIN, | HOME DEPOT U.S.A., INC. |
|---|---|
| By his attorney, | By their attorneys, |
| /s/ Tammy Sharif | /s/ Tracy Thomas Boland |
| Tammy Sharif (BBO# 659134) | Robert P. Joy (BBO# 254820) |
| Two Mattoon Street, Suite 2 | Joseph P. McConnell (BBO# 566412) |
| PO Box 5226 | Tracy Thomas Boland (BBO# 638878) |
| Springfield, MA 01105 | Morgan, Brown & Joy, LLP |
| 413 736-3300 | 200 State Street |
|  | Boston, MA 02109 |
|  | 617 523-6666 |

Dated: August 9, 2006