UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEVE BOUTIN,<br><br>      Plaintiff,<br><br>v.<br><br>HOME DEPOT U.S.A., INC.,<br><br>      Defendant. | Civil Action No. 05-30162 MAP |

**SECOND JOINT MOTION
TO EXTEND DEADLINES IN SCHEDULING ORDER**

      Plaintiff, Steve Boutin ("Plaintiff"), and defendant, Home Depot U.S.A., Inc. ("Defendant") (collectively "parties"), hereby request that the remaining deadlines in the Scheduling Order be enlarged by fourteen (14) days. As grounds for this Motion, the parties state that they have a good faith belief that they will be able to reach a settlement in this case. Delays caused by various individuals' vacation schedules, however, have precluded a settlement to date.

      Specifically, the parties request that the Scheduling Order deadlines be enlarged in the following manner:

      (1)    The deadline for dispositive motions shall be changed from September 5, 2006 to September 19, 2006; and

      (2)    The deadline for any response to dispositive motions shall be changed from October 3, 2006 to October 17, 2006.

2

WHEREFORE, the parties respectfully request that the Court enlarge the remaining deadlines in the Scheduling Order in accordance with the aforementioned agreed-upon proposal.

| STEVE BOUTIN, | HOME DEPOT U.S.A., INC. |
|---|---|
| By his attorney, | By their attorneys, |
| /s/ Tammy Sharif | /s/ Tracy Thomas Boland |
| Tammy Sharif (BBO# 659134) | Robert P. Joy (BBO# 254820) |
| Two Mattoon Street, Suite 2 | Joseph P. McConnell (BBO# 566412) |
| PO Box 5226 | Tracy Thomas Boland (BBO# 638878) |
| Springfield, MA 01105 | Morgan, Brown & Joy, LLP |
| 413 736-3300 | 200 State Street |
| | Boston, MA 02109 |
| | 617 523-6666 |

Dated: August 25, 2006