UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEVE BOUTIN,<br><br>    Plaintiff,<br><br>v.<br><br>HOME DEPOT U.S.A., INC.,<br><br>    Defendant. | Civil Action No.  05-30162 MAP |

NOTICE OF APPEARANCE

Please enter the appearance of Joseph P. McConnell as one of the attorneys for the defendant, Home Depot U.S.A., Inc., in this matter.

Respectfully submitted,

HOME DEPOT, U.S.A., INC.
By its attorneys,

/s/ Joseph P. McConnell
Robert P. Joy (BBO No. 254820)
Joseph P. McConnell (BBO No. 566412)
Tracy Thomas Boland (BBO No. 638878)
MORGAN, BROWN & JOY, LLP
200 State Street
Boston, Massachusetts  02109
617 523-6666

Date: September 12, 2006

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above document was served on counsel for Plaintiff, Tammy Sharif, Law Firm of Tammy Sharif, 2 Mattoon Street, Suite 2, P.O. Box 5226, Springfield, MA 01105, by electronic notification, this 12th day of September, 2006.

/s/ Joseph P. McConnell
Joseph P. McConnell