UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

STEVE BOUTIN,

        Plaintiff,

v.

HOME DEPOT U.S.A., INC.,

        Defendant.

Civil Action No. 05-30162 MAP

## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Defendant Home Depot U.S.A., Inc. ("Defendant" or "Home Depot") hereby moves for Summary Judgment pursuant to Rule 56.1 of the Local Rules of Civil Procedure and Rule 56 of the Federal Rules of Civil Procedure on all of the counts of Plaintiff's claims, and Defendant submits a Memorandum filed herewith in support of its Motion. Because Plaintiff's claims are insupportable from the record developed in this matter, the Court should grant Defendant's Motion.

The centerpiece of Plaintiff's action is that Home Depot discriminated against him because of his alleged disability and his gender when it failed to allow his schedule to be changed from 8:30 a.m. – 5:30 p.m. (Monday through Friday) to 7:30 a.m.– 4:30 p.m. (Monday through Friday). Plaintiff, who sought this change to accommodate his daughter's new bus schedule, has developed insufficient evidence to permit his groundless claims to survive this Court's review at summary judgment.

Plaintiff's Complaint alleges that Defendant (1) violated the Americans With Disabilities Act ("ADA") due to its failure to accommodate Plaintiff's schedule request; (2) retaliated against Plaintiff in violation of M.G.L. c. 151B for having filed a charge at

the Massachusetts Commission Against Discrimination; (3) intentionally and/or negligently inflicted emotional distress upon Plaintiff ; and (4) discriminated against Plaintiff in violation of M.G.L. c. 151B on the basis of his gender because female employees were permitted fixed schedules to accommodate their child care needs.  As set forth more fully in the Memorandum filed herewith, none of these counts is legally or factually sufficient to survive Defendant's current Motion.

Judgment should be entered in Defendant's favor because the undisputed facts reveal that Plaintiff cannot prevail as a matter of law on any of his causes of action.

Respectfully submitted,

HOME DEPOT, U.S.A., INC.
By its attorneys,


/s/ Tracy Thomas Boland_____
Robert P. Joy (BBO No. 254820)
Joseph P. McConnell (BBO No. 566412)
Tracy Thomas Boland (BBO No. 638878)
MORGAN, BROWN & JOY, LLP
200 State Street
Boston, Massachusetts  02109
617 523-6666

Date: September 19, 2006


**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above document was served on counsel for Plaintiff, Tammy Sharif, Law Firm of Tammy Sharif, 2 Mattoon Street, Suite 2, P.O. Box 5226, Springfield, MA 01105, by electronic notification, this 19th day of September, 2006.

/s/ Tracy Thomas Boland
Tracy Thomas Boland

2