UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEVEN BOUTIN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>HOME DEPOT U.S.A., INC., )<br>)<br>Defendant. )<br>) | Civil Action No.  05-30162-MAP |

**PLAINTIFF'S MOTION TO CONTINUE HEARING**

Now comes Plaintiff, Steven Boutin, by and through counsel, who respectfully moves the Court to continue the Hearing on Motion for Summary Judgment scheduled for January 26, 2007 to a future date for reasons as set forth below.

Counsel for Plaintiff experienced the recent death of her significant other and respectfully requests time at least thirty (30) days in the future and at a time convenient for the Court.

Respectfully submitted,

_/s/ Tammy Sharif_____
Tammy Sharif (BBO# 659134)
Attorney for Plaintiff
1242 Main Street, Suite 314
Springfield, MA  01103
Phone: 413.736.3300
Fax:  413.785.0801

**CERTIFICATE OF SERVICE**

I, Tammy Sharif, of 1242 Main Street, Suite 314, Springfield, MA 01103, hereby certify that on this 18th day of January 2007, I electronically filed the foregoing Motion to Continue with the United States District Court for the Western District and certify that a true and correct copy of the above document was also served on counsel for Defendant, Tracy Thomas Boland, Esq, Morgan, Brown & Joy, LLP, 200 State Street, Boston, MA 02109-2605, by electronic notification, this 18th day of January, 2007

/s/ Tammy Sharif
Tammy Sharif, BBO# 659134
Attorney for Plaintiff
Steven Boutin

2