UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

STEVEN BOUTIN
        Plaintiff(s)

v.                              CIVIL ACTION: 05-30162-MAP

HOME DEPOT U.S.A., INC.
        Defendant(s)

## JUDGMENT IN A CIVIL CASE

PONSOR, D..J.;

    **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X     **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED**

**JUDGMENT entered on all counts for the Defendant pursuant to the Memorandum and Order of the Court entered this date granting the Defendant's motion for Summary Judgment.**

                                              SARAH A. THORNTON,
                                              CLERK OF COURT

Dated: May 18, 2007                 By /s/Mary Finn
                                              Deputy Clerk

(Judgment Civil.wpd - 11/98)                                               [jgm.]